UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE REGELIO MEJIA-BARAHONA #A209-417-712 | CIVIL ACTION NO. 25-727 SEC P |
| VERSUS | JUDGE EDWARDS |
| KRISTI NOEM | MAG. JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 5), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Habeas Corpus (R. Doc. 1) be **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 13th day of November, 2025.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT